IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **SERGEI V. KOROLEV,** | C 05-4992 MMC (PR) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S AMENDED REQUEST FOR ENLARGEMENT OF TIME** |
| v. | |
| **RICHARD KIRKLAND, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time for filing the response to the order to show cause be enlarged to April 20, 2006.

DATED: March 22, 2006

_____
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

ORDER - *Korolev v. Kirkland, Warden* - C 05-4992 MMC (PR)