UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGEI V. KOROLEV,              ) | No. C-05-4992 MMC (PR) |
|                                              ) | |
|    Petitioner,                      ) | **ORDER** |
|                                              ) | |
|    v.                                   ) | |
|                                              ) | |
| RICHARD KIRKLAND, Warden,  ) | |
| and DOES 1-10,                         ) | |
|                                              ) | |
|    Respondents.                  ) | |

    Upon application of counsel for Petitioner, and good cause appearing,

    IT IS HEREBY ORDERED that the hearing on Respondent's *Motion to Dismiss Petition For Writ of Habeas Corpus As Untimely* (Doc. 14) shall be continued to June 23, 2006 at 9:00 a.m.  The previously set hearing date of May 26, 2006 is vacated.  The opposition to the motion and any reply shall be filed pursuant to the Local Rules.

    IT IS SO ORDERED.

Dated: April 28, 2006

Maxine M. Chesney
United States District Judge

ORDER – *Korolev v. Kirkland, Warden* – C-05-4992 MMC (PR)