UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>    Petitioner,<br><br>  v.<br><br>RICHARD KIRKLAND, Warden,<br>and DOES 1-10,<br><br>    Respondents. | No. C-05-4992 MMC (PR)<br><br>**ORDER** |

Upon application of counsel for Petitioner, and good cause appearing,

IT IS HEREBY ORDERED that the hearing on Respondent's *Motion to Dismiss Petition For Writ of Habeas Corpus As Untimely* (Doc. 14) shall be continued to August 4, 2006 at 9:00 a.m. The previously set hearing date of June 23, 2006 is vacated. The opposition to the motion and any reply shall be filed pursuant to the Federal and Local Rules.

IT IS SO ORDERED.

Dated: June 1, 2006

Maxine M. Chesney
United States District Judge