United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGEI V. KOROLEV,               No. C 05-4992 MMC (PR)

    Petitioner,                **ORDER VACATING AUGUST 4, 2006 HEARING**

  v.

RICHARD KIRKLAND,

    Respondent
_____/

Before the Court is respondent's motion to dismiss, filed April 14, 2006, and scheduled for hearing August 4, 2006. Petitioner has filed opposition, including supporting declarations. Respondent has not filed a reply to the opposition.[1]

Having reviewed the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers and VACATES the hearing scheduled for August 4, 2006.

**IT IS SO ORDERED.**

Dated: July 27, 2006

MAXINE M. CHESNEY
United States District Judge

_____

[1] Pursuant to the Civil Local Rules of this District, a reply was due no later than July 21, 2006. See Civil L. R. 7-3(c) (providing reply to opposition must be filed no later than 14 days before hearing date).