UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>    Petitioner,<br><br>v.<br><br>RICHARD KIRKLAND, Warden,<br>and DOES 1-10,<br><br>    Respondents. | No. C-05-4992 MMC (PR)<br><br>**[PROPOSED]**<br>**ORDER ENLARGING TIME TO FILE**<br>**AMENDED PETITION** |

Having read and considered Petitioner's *Application For Enlargement Of Time To File Amended Petition, With Non-Opposition By Respondent*, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Petitioner shall file any amended petition, per the Court's *Order* filed November 28, 2006, no later than March 19, 2007.

**IT IS SO ORDERED.**

DATED: December _13_, 2006

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE