IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>    Petitioner,<br><br>  v.<br><br>RICHARD KIRKLAND, Warden,<br><br>    Respondent. | No. C-05-4992 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR CLARIFICATION** |

   The Court is in receipt of petitioner Sergei V. Korolev's "Request for Clarification of Order Filed November 28, 2006," by which petitioner asserts he is confused by the Court's reference to the 757-day period between the date his state conviction became final and the date his state habeas petition was denied. Specifically, petitioner states he is unclear how such period is relevant to equitable tolling. Although it is unclear why clarification of the Court's order is necessary, the Court, in an abundance of caution, GRANTS the request, and provides the following "clarification."

   As set forth in the Court's order of November 28, 2006, to the extent petitioner intends to allege in an amended petition that he is entitled to equitable tolling, he must allege that, during the limitations period, he was "pursuing his rights diligently" and "that some extraordinary circumstance stood in his way." See Mendoza v. Carey, 449 F. 3d 1065, 1068 (9th Cir. 2006). The 757 days referenced by the Court constitute the limitations

1  period applicable to the instant case.  Consequently, unless petitioner can allege facts to
2  support a finding that, during the above-referenced 757-day period, he was engaged in
3  diligent efforts to prepare his federal petition and that some "extraordinary circumstance"
4  prohibited him from filing the petition on a timely basis, he will not be entitled to equitable
5  tolling.  See, e.g., id. at 1070 (holding "non-English-speaking petitioner seeking equitable
6  tolling must, at a minimum, demonstrate that during the running of the AEDPA time
7  limitation, he was unable, despite diligent efforts, to procure either legal materials in his
8  own language or translation assistance from an inmate, library personnel, or other source").

**IT IS SO ORDERED.**

Dated: December 18, 2006

MAXINE M. CHESNEY
United States District Judge