UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGEI V. KOROLEV, | ) No. C-05-4992 MMC (PR) |
| Petitioner, | ) [PROPOSED] |
| v. | ) ORDER ENLARGING TIME TO FILE |
| | ) AMENDED PETITION |
| RICHARD KIRKLAND, Warden, and DOES 1-10, | ) |
| Respondents. | ) |

Having read and considered Petitioner's *Application For Enlargement Of Time To File Amended Petition*, and for GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Petitioner shall file any amended petition, per the Court's *Order* filed November 28, 2006, no later than July 16, 2007.

**IT IS SO ORDERED.**

DATED: May  4 , 2007

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE