1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11  SERGEI V. KOROLEV,                    )   No. C-05-4992 MMC (PR)
                                          )
12          Petitioner,                   )   [PROPOSED]
                                          )   **ORDER ENLARGING TIME TO FILE**
13      v.                                )   **AMENDED PETITION**
                                          )
14  RICHARD KIRKLAND, Warden,             )
    and DOES 1-10,                        )
15                                        )
                                          )
16          Respondents.                  )
    _____

17          Having read and considered Petitioner's *Application For Final Enlargement Of Time To*

18  *File Amended Petition*, and for GOOD CAUSE SHOWN,

19          IT IS HEREBY ORDERED that Petitioner shall file any amended petition, per the

20  Court's *Order* filed November 28, 2006, no later than August 13, 2007.

21          **IT IS SO ORDERED.**

22

23  DATED:  July _10_, 2007                    _____
                                               HON. MAXINE M. CHESNEY
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28