UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGEI V. KOROLEV, <br><br> Petitioner, <br><br> v. <br><br> ROBERT HOREL, Warden, and DOES 1-10, <br><br> Respondents. | No. C-05-4992 MMC (PR) <br><br> **ORDER SUBSTITUTING CURRENT WARDEN AS LEAD DEFENDANT** |

Upon motion by Petitioner Sergei Korolev, and as stipulated by Respondent,

**IT IS HEREBY ORDERED** that Robert Horel, the current warden of Pelican Bay State Prison, shall be substituted as the lead named Respondent in place of the previous lead Respondent, former warden Richard Kirkland.  All future pleadings shall conform to this order absent further order of the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August  15, 2007

_____
Hon. Maxine M. Chesney
United States District Judge