Mark R. Vermeulen
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Telephone: 415.824.7533
Fax: 415.824.4833

Ben Rosenfeld
Law Office of Dennis Cunningham
115-1/2 Bartlett St.
San Francisco, CA 94110
Phone: 415.285.8091
Fax: 415.285.8092

Attorneys for Petitioner
SERGEI V. KOROLEV

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>Petitioner,<br><br>v.<br><br>RICHARD KIRKLAND, Warden, and DOES 1-10,<br><br>Respondents | No. C-05-4992 MMC (PR)<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING FILNG DATES AND CONTINUING HEARING** |

Petitioner and Respondents, through their respective counsel, hereby stipulate as follows:

1. Under the current briefing schedule in connection with Respondent's *Motion to Dismiss First Amended Petition As Untimely* ("*Motion to Dismiss*") (Doc. 52), Petitioner's opposition currently is due February 22, 2008, Respondent's reply currently is due February 29, 2008, and the hearing currently is scheduled for March 14, 2008 at 9:00 a.m.

2. Petitioner and Respondent respectfully request that the filing and hearing schedule be modified as follows: Petitioner's opposition shall be due April 4, 2008, Respondent's reply shall be due April 18, 2008, and the hearing shall be rescheduled for May 2, 2008 at 9:00 a.m.

1

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: February 14, 2008 | Edmund G. Brown Jr.<br>Attorney General of the State of California<br><br>Peggy S. Ruffra<br>Supervising Deputy Attorney General<br><br>Attorneys for Respondent<br>RICHARD KIRKLAND<br><br>By:/S/_____<br>    Peggy S. Ruffra |
| Dated: February 14, 2008 | Ben Rosenfeld<br>Mark R. Vermeulen<br><br>Attorneys for Petitioner<br>SERGEI KOROLEV<br><br>By:/S/_____<br>    Mark R. Vermeulen |

### ORDER

Based on the foregoing stipulation, and good cause appearing,

**IT IS HEREBY ORDERED** that in connection with Respondent's *Motion to Dismiss First Amended Petition As Untimely* ("*Motion to Dismiss*") (Doc. 52), the briefing and hearing schedule is modified as follows: Petitioner's opposition shall be filed on or before April 4, 2008, Respondent's reply shall be filed on or before April 18, 2008, and the hearing shall be rescheduled for May 2, 2008 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: February __15__, 2008

_____
MAXINE M. CHESNEY
United States District Judge