IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>　　　　Petitioner,<br><br>　v.<br><br>RICHARD KIRKLAND,<br><br>　　　　Respondent<br>_____ / | No. C-05-4992 MMC<br><br>**ORDER VACATING MAY 2, 2008 HEARING ON RESPONDENT'S MOTION TO DISMISS FIRST AMENDED PETITION** |

　　　　Before the Court is respondent's "Motion to Dismiss First Amended Petition as Untimely," filed December 14, 2007. Petitioner has filed opposition, to which respondent has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the May 2, 2008 hearing.

　　　　**IT IS SO ORDERED.**

Dated: April 30, 2008

　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge