IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGEI V. KOROLEV,

No. CV-05-4992 MMC

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

  v.

RICHARD KIRKLAND,

        Respondent.

_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the First Amended Petition is hereby GRANTED, and the First Amended Petition is hereby DISMISSED without leave to amend.

Dated: May 20, 2008                  Richard W. Wieking, Clerk

*Tracy Lucero*

By: <u>Tracy Lucero</u>
<u>Deputy Clerk</u>