IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>    Petitioner,<br><br>v.<br><br>RICHARD KIRKLAND,<br><br>    Respondent                          / | No. C 05-4992 MMC (PR)<br><br>**ORDER RE: PETITIONER'S EX PARTE APPLICATION FOR APPOINTMENT OF COUNSEL FOR APPELLATE PROCEEDINGS; DIRECTIONS TO PETITIONER** |

    The Court is in receipt of petitioner's Ex Parte Application for Appointment of Counsel for Appellate Proceedings, which petitioner requests be filed under seal.

    Although the Memorandum and Declaration attached thereto contain material subject to sealing, the Application itself does not contain confidential or other sealable material.

    Accordingly, petitioner is directed to file the Application in the public record without the above-referenced attachments, after which the Court will file the document in its entirety under seal.

    **IT IS SO ORDERED.**

Dated: May 28, 2008

_____
MAXINE M. CHESNEY
United States District Judge