IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGEI V. KOROLEV,<br><br>             Petitioner,<br>     v.<br><br>RICHARD KIRKLAND,<br><br>             Respondent<br>                                                              / | No. C 05-4992 MMC (PR)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY; GRANTING PETITIONER'S REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL** |

Before the Court is petitioners' "Motion for a Certificate of Appealability," filed June 13, 2008. Also before the Court is petitioner's "Notice of Previous Appointment of Counsel Pursuant to the Criminal Justice Act and Request for Confirmation of Leave to Proceed in Forma Pauperis on Appeal," also filed June 13, 2008, which the Court construes as a request to proceed in forma pauperis on appeal. Having read and considered the above-referenced filings, the Court rules as follows:

1. Petitioner is entitled to a certificate of appealability on the issue identified by petitioner, specifically, whether petitioner's petition for a writ of habeas corpus was timely filed in the district court.

2. Petitioner is entitled to proceed in forma pauperis on appeal.

The Clerk is directed to send a copy of this order to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: June 27, 2008

MAXINE M. CHESNEY
United States District Judge