FILED

MAR 06 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SERGEI v. KOROLEV,<br><br>    Petitioner - Appellant,<br><br> v.<br><br>ROBERT A. HOREL, Warden, Warden,<br><br>    Respondent - Appellee. | No. 08-16509<br><br>D.C. No. 3:05-CV-04992-MMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellee's unopposed motion to file supplemental brief, filed on February 23, 2009, is granted. The Clerk shall filed Appellee's supplemental brief submitted on February 23, 2009.

Appellant's motion to file a supplemental brief, filed on February 25, 2009, is granted. Appellant shall have 14 days from the date of this order to submit a supplemental brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT
By: Robert Sansone
Deputy Clerk

RS/Research